|   |   |
|---|---|
| 1 | Lory R. Lybeck (OSB #83276) |
| 2 | Lybeck Murphy, LLP |
| 3 | 7525 SE 24th Street, Ste. 500 |
|   | Mercer Island, WA 98040-2334 |
| 4 | 206-230-4255 /phone |
|   | 206-230-7791 /fax |
| 5 | lrl@lybeckmurphy.com |
|   | Attorney for plaintiff |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated

          Plaintiff,

v.

ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company,

          Defendants.

No. 3:07-cv-934-BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

Application for Special Admission-*Pro Hac Vice* - 1
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.rickadams

Lybeck♦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

Dockets.Justia.com

**(A) Personal Data:**

Richard A. Adams
Patton, Roberts, McWilliams, & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
radams@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

   i. State of Texas in 1993 with Bar ID# 00786956.
   ii. State of Arkansas in 1997 with Bar ID# 97036.

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

   i. United States District Court for the Eastern District of Texas in 1997 (no applicable ID #).
   ii. United States District Court for the Eastern District of Arkansas in 1997 (no applicable ID #).
   iii. United States District Court for the Western District of Arkansas in 1997 (no applicable ID #).

**(C) Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

**(D) Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in force for the duration of the case, including any appeal proceedings.

**(E) Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

Application for Special Admission-*Pro Hac Vice* - 2
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.rickadams

Lybeck✧Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

**(F) CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2 (c).

**2. Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 27 day of August, 2007.

_____
Signature of Local Counsel

Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
Island Corporate Center, Suite 500
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
lrl@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

_____
Signature of *Pro Hac Vice* Counsel

Richard A. Adams
Patton, Roberts, McWilliams, & Capshaw
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
radams@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

Application for Special Admission-*Pro Hac Vice* - 3
\Andersen\Andersen v. RIAA\Pleadings07\prohacvico.rickadams

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255   Fax 206-230-7791

## COURT ACTION

_____ Application approved subject to payment of fees

_____ Application approved and fee waived

_____ Application denied

_____  _____
Date                              The Honorable Anna J. Brown
                                  United States District Court Judge

cc: Counsel of Record

Application for Special Admission-*Pro Hac Vice* - 4
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.rickadams

Lybeck◆Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791