1  Lory R. Lybeck (OSB #83276)
2  Lybeck Murphy, LLP
   7525 SE 24th Street, Ste. 500
3  Mercer Island, WA 98040-2334
   206-230-4255 /phone
4  206-230-7791 /fax
   lrl@lybeckmurphy.com
5  Attorney for plaintiff

6

7

8
                    UNITED STATES DISTRICT COURT
9                    DISTRICT OF OREGON AT PORTLAND

10  TANYA ANDERSEN, Individually and as        )   No. 3:07-cv-934-BR
    Representative of Others Similarly         )
11  Situated                                   )   APPLICATION FOR SPECIAL
                    Plaintiff,                 )   ADMISSION – *PRO HAC VICE*
12                                             )
            v.                                 )
13                                             )
    ATLANTIC RECORDING                         )
14  CORPORATION, a Delaware corporation;       )
    PRIORITY RECORDS, LLC, a California        )
15  limited liability company; CAPITOL         )
    RECORDS, INC., a Delaware corporation;     )
16  UMG RECORDINGS, INC., a Delaware           )
    corporation; and BMG MUSIC, a New          )
17  York general partnership; RECORDING        )
    INDUSTRY ASSOCIATION OF                    )
18  AMERICA; SAFENET, INC., f/k/a              )
    MEDIA SENTRY, INC., a Delaware             )
19  corporation; SETTLEMENT SUPPORT            )
    CENTER, LLC, a Washington limited          )
20  liability company,                         )
                                               )
21                  Defendants.                )

22

23      As local counsel in the above captioned case and in accordance with LR 83.3, I am
    recommending the following attorney for admission *pro hac vice* and certify that the
24  information contained in this application is true.

25
        **1. Pro Hac Vice Attorney Certification:** I have read and understand the requirements
26          of LR 83.3, and certify that the following information is correct:

Application for Special Admission-*Pro Hac Vice* - 1                    Lybeck♦Murphy LLP
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly               7525 SE 24th Street, Ste. 500
                                                                         Mercer Island, WA 98040-2336
                                                                         206-230-4255  Fax 206-230-7791

                                                                         Dockets.Justia.com

**(A) Personal Data:**

James C. Wyly
Patton, Roberts, McWilliams, & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
jwyly@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

   i. State of Texas in 1992 with Bar ID# 22100050.
   ii. State of Arkansas in 1990 with Bar ID# 90158.
   iii. State of Oklahoma 1997 with Bar ID# 17738.

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

   i. United States District Court for the Eastern District of Texas in 1993 (no applicable ID #).
   ii. United States District Court for the Eastern District of Arkansas in 1990 (no applicable ID #).
   iii. United States District Court for the Western District of Arkansas in 1990 (no applicable ID #).
   iv. United States District Court for the Western District of Oklahoma in 1993 (no applicable ID #).
   v. United States Eighth Circuit Court of Appeals in 1992 (no applicable ID #).

**(C) Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

**(D) Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in force for the duration of the case, including any appeal proceedings.

Application for Special Admission-*Pro Hac Vice* - 2
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255   Fax 206-230-7791

(E) **Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2 (c).

2. **Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 22 day of August, 2007.

Signature of Local Counsel                    Signature of Pro Hac Vice Counsel

Lory R. Lybeck (OSB #83276)                   James C. Wyly
Lybeck Murphy, LLP                            Patton, Roberts, McWilliams, & Capshaw
Island Corporate Center, Suite 500            Century Bank Plaza, Suite 400
7525 SE 24th Street, Suite 500                2900 St. Michael Drive
Mercer Island, WA 98040-2336                  Texarkana, TX 75503
lrl@lybeckmurphy.com                          jwyly@pattonroberts.com
Telephone: (206) 230-4255                     Telephone: (903) 334-7000
Facsimile: (206) 230-7791                     Facsimile: (903) 334-7007

Application for Special Admission-*Pro Hac Vice* - 3
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

Lybeck✦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

## COURT ACTION

_____ Application approved subject to payment of fees

_____ Application approved and fee waived

_____ Application denied

_____                    _____
Date                                            The Honorable Anna J. Brown
                                                United States District Court Judge

cc: Counsel of Record

Application for Special Admission-*Pro Hac Vice* - 4
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

Lybeck✦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791