**Lory R. Lybeck**
OSB #83276
lrl@lybeckmurphy.com
**Lybeck Murphy, LLP**
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 /phone
206-230-7791 /fax
Attorney for plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company<br><br>Defendants. | No. CV 07-934 BR<br><br>Notice of Association of Class Action Co-Counsel |

TO: Clerk of the Court

AND TO: Attorneys of record for all named defendants

**PLEASE TAKE NOTICE** that Richard A. Adams and James C. Wyly of Patton, Roberts, McWilliams & Capshaw, LLP, Century Bank Plaza, Suite 400, 2900 St. Michael Drive,

Notice of Association of Class Action Co-Counsel - 1
Andersen\Andersen v. RIAA\assoc.of.counsel

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

Texarkana, TX 75503, (telephone – 903-334-7000; facsimile – 903-334-7007), (electronic mail addresses – radams@pattonroberts.com and jwyly@pattonroberts.com), do hereby associate as class action co-counsel for putative class plaintiffs Tanya Andersen and others similarly situated, and request that a copy of all further papers and pleadings herein, except original process, also be served upon Richard A. Adams and James C. Wyly at the address above stated.

Respectfully submitted this 22nd day of August, 2007.

LYBECK MURPHY, LLP

By: */s/ Lory R. Lybeck*
    Lory R. Lybeck (OSB #83276)
    Attorney for plaintiffs

Notice of Association of Class Action Co-Counsel - 2
Andersen\Andersen v. RIAA\assoc.of.counsel

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 Fax 206-230-7791