1   **Lory R. Lybeck**
    OSB #83276
2   lrl@lybeckmurphy.com
    **Lybeck Murphy, LLP**
3   7525 SE 24ᵗʰ Street, Ste. 500
4   Mercer Island, WA  98040-2334
    206-230-4255 /phone
5   206-230-7791 /fax
    Attorney for plaintiffs
6

7

8                       UNITED STATES DISTRICT COURT
                        DISTRICT OF OREGON AT PORTLAND

9                                           )
10  TANYA ANDERSEN, Individually and as     )    No. CV 07-934 BR
    Representative  of  Others  Similarly   )
11  Situated,                               )    APPLICATION FOR SPECIAL
                                            )    ADMISSION – *PRO HAC VICE*
12                           Plaintiffs,    )
                                            )
13          v.                              )
                                            )
14  ATLANTIC            RECORDING           )
    CORPORATION, a Delaware corporation;    )
15  PRIORITY RECORDS, LLC, a California      )
    limited   liability   company;  CAPITOL )
16  RECORDS, INC., a Delaware corporation;  )
    UMG RECORDINGS, INC., a Delaware        )
17  corporation; and BMG MUSIC, a New       )
    York  general  partnership;  RECORDING  )
18  INDUSTRY      ASSOCIATION      OF       )
    AMERICA;   SAFENET,    INC.,    f/k/a   )
19  MEDIA  SENTRY,    INC., a Delaware      )
    corporation;  SETTLEMENT  SUPPORT       )
20  CENTER,  LLC, a Washington limited      )
    liability company                       )
21                                          )
                             Defendants.    )
22                                          )

23
        As local counsel in the above captioned case and in accordance with LR 83.3, I am
24  recommending the following attorney for admission *pro hac vice* and certify that the information
    contained in this application is true.
25

26


APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* - 1

                                                                    Lybeck✦Murphy LLP
                                                                    7525 SE 24ᵗʰ Street, Ste. 500
andersen\andersenvsriaa\pleadings07\prohacvice.ben.justus                       Mercer Island, WA  98040-2334
                                                                    206-230-4255   Fax 206-230-7791

Dockets.Justia.com

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

**(A) Personal Data:**

Benjamin R. Justus
Lybeck Murphy, LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
brj@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

**(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

    a) State of New Jersey on January 16, 2004 with Bar ID # 023862003
    b) State of Washington on June 13, 2007 with Bar ID # 38855

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

    a) United States District Court for the District of New Jersey on September 1, 2005 (no applicable ID #).

**(C) Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

**(D) Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E) Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

**(F) CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the

Lybeck❖Murphy LLP
7525 SE 24th Street. Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 Fax 206-230-7791

| | |
|---|---|
| 1 | court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.13(a). |
| 2 | |
| 3 | |
| 4 | |
| 5 | **2. Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case. |
| 6 | |
| 7 | |
| 8 | **DATED this 22nd day of August, 2007.** |

**Signature of Local Counsel**

Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
lrl@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

**Signature of *Pro Hac Vice* Counsel**

Benjamin R. Justus
Lybeck Murphy, LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
brj@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

Attorneys for plaintiff

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* - 3

andersen\andersenvsriaa\pleadings07\prohacvice.ben.justus

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

1

## COURT ACTION

2          _____          Application approved subject to payment of fees

3          _____          Application approved and fee waived

4
          _____          Application denied
5

6

7    _____                    _____
     Date                                 The Honorable Anna J. Brown
8                                         United States District Court Judge

     cc: Counsel of Record
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Lybeck❖Murphy LLP
7525 SE 24ᵗʰ Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255   Fax 206-230-7791