1
Lory R. Lybeck (OSB #83276)
2
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
3
Mercer Island, WA 98040-2334
206-230-4255 /phone
4
206-230-7791 /fax
lrl@lybeckmurphy.com
5
Attorney for plaintiff

6

7

8
## UNITED STATES DISTRICT COURT
9
## DISTRICT OF OREGON AT PORTLAND

10   TANYA ANDERSEN, Individually and as      )      No. 3:07-cv-934-BR
     Representative of Others Similarly          )
11   Situated                                    )      APPLICATION FOR SPECIAL
                       Plaintiff,                )      ADMISSION – *PRO HAC VICE*
12                                               )
                                                 )
13          v.                                   )
                                                 )
14   ATLANTIC  RECORDING                         )
     CORPORATION, a Delaware corporation;        )
15   PRIORITY RECORDS, LLC, a California         )
     limited liability company; CAPITOL          )
16   RECORDS, INC., a Delaware corporation;      )
     UMG RECORDINGS, INC., a Delaware           )
17   corporation; and BMG MUSIC, a New           )
     York general partnership; RECORDING         )
18   INDUSTRY ASSOCIATION OF                     )
     AMERICA; SAFENET, INC., f/k/a               )
19   MEDIA SENTRY,  INC., a Delaware             )
     corporation;  SETTLEMENT SUPPORT            )
20   CENTER, LLC, a Washington limited           )
     liability company,                          )
21                                               )
                       Defendants.               )
                                                 )
22

23          As local counsel in the above captioned case and in accordance with LR 83.3, I am

     recommending the following attorney for admission *pro hac vice* and certify that the
24
     information contained in this application is true.
25

26          1.  **Pro Hac Vice Attorney Certification:** I have read and understand the requirements
             of LR 83.3, and certify that the following information is correct:

Lybeck♦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

17155

(A) **Personal Data:**

Richard A. Adams
Patton, Roberts, McWilliams, & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
radams@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

(B) **Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

     i.   State of Texas in 1993 with Bar ID# 00786956.
    ii.   State of Arkansas in 1997 with Bar ID# 97036.

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

      i.   United States District Court for the Eastern District of Texas in 1997 (no applicable ID #).
     ii.   United States District Court for the Eastern District of Arkansas in 1997 (no applicable ID #).
    iii.   United States District Court for the Western District of Arkansas in 1997 (no applicable ID #).

(C) **Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

(D) **Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in force for the duration of the case, including any appeal proceedings.

(E) **Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

Application for Special Admission-*Pro Hac Vice* - 2
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.rickadams

Lybeck♦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

1    (F) CM/ECF Registration: Concurrent with approval of this *pro hac vice*
     application, I acknowledge that I will automatically be registered to access the
2    court's Case Management/Electronic Case File system. (*See*
     ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R.
3    Civ. P 5(b)(2)(D) and LR 100.2 (c).

4

5    **2. Certification of Associated Local Counsel:** I certify that I am member in good
     standing of the Bar of this Court, that I have read and understand the requirements of
6    LR 83.3(d), and that I will serve as designated local counsel in this particular case.

7
     DATED this 22 day of August, 2007.
8

9

10

11   _____          _____
     Signature of Local Counsel                Signature of *Pro Hac Vice* Counsel
12
     Lory R. Lybeck (OSB #83276)               Richard A. Adams
13   Lybeck Murphy, LLP                        Patton, Roberts, McWilliams, & Capshaw
     Island Corporate Center, Suite 500        Century Bank Plaza, Suite 400
14   7525 SE 24th Street, Suite 500            2900 St. Michael Drive
     Mercer Island, WA 98040-2336              Texarkana, TX 75503
15   lrl@lybeckmurphy.com                      radams@pattonroberts.com
     Telephone: (206) 230-4255                 Telephone: (903) 334-7000
16   Facsimile: (206) 230-7791                 Facsimile: (903 334-7007

17

18

19

20

21

22

23

24

25

26

Lybeck◆Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255   Fax 206-230-7791

1

## COURT ACTION

2     ✓         Application approved subject to payment of fees

3     _____   Application approved and fee waived

4     _____   Application denied

5

6

7     8-29-07                           anna Brown
      Date                              The Honorable Anna J. Brown
8                                       United States District Court Judge

      cc: Counsel of Record
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Lybeck◆Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791