Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 /phone
206-230-7791 /fax
lrl@lybeckmurphy.com
Attorney for plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated<br>      Plaintiff,<br><br>v.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company,<br>      Defendants. | No. 3:07-cv-934-BR<br><br>APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

Application for Special Admission-*Pro Hac Vice* - 1
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

17155

Lybeck♦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

**(A) Personal Data:**

James C. Wyly
Patton, Roberts, McWilliams, & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
jwyly@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

   i. State of Texas in 1992 with Bar ID# 22100050.
   ii. State of Arkansas in 1990 with Bar ID# 90158.
   iii. State of Oklahoma 1997 with Bar ID# 17738.

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

   i. United States District Court for the Eastern District of Texas in 1993 (no applicable ID #).
   ii. United States District Court for the Eastern District of Arkansas in 1990 (no applicable ID #).
   iii. United States District Court for the Western District of Arkansas in 1990 (no applicable ID #).
   iv. United States District Court for the Western District of Oklahoma in 1993 (no applicable ID #).
   v. United States Eighth Circuit Court of Appeals in 1992 (no applicable ID #).

**(C) Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

**(D) Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in force for the duration of the case, including any appeal proceedings.

Application for Special Admission-*Pro Hac Vice* - 2
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

Lybeck◆Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

(E) **Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2 (c).

2. **Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 22 day of August, 2007.

_____         _____
**Signature of Local Counsel**              **Signature of *Pro Hac Vice* Counsel**

Lory R. Lybeck (OSB #83276)              James C. Wyly
Lybeck Murphy, LLP                       Patton, Roberts, McWilliams, & Capshaw
Island Corporate Center, Suite 500       Century Bank Plaza, Suite 400
7525 SE 24th Street, Suite 500           2900 St. Michael Drive
Mercer Island, WA 98040-2336             Texarkana, TX 75503
lrl@lybeckmurphy.com                     jwyly@pattonroberts.com
Telephone: (206) 230-4255                Telephone: (903) 334-7000
Facsimile: (206) 230-7791                Facsimile: (903) 334-7007

Application for Special Admission-*Pro Hac Vice* - 3
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

Lybeck♦Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255   Fax 206-230-7791

| | | |
|---|---|---|
| 1 | | **COURT ACTION** |
| 2 | ✓ | Application approved subject to payment of fees |
| 3 | ____ | Application approved and fee waived |
| 4 | ____ | Application denied |

_8-29-07_
Date

_[signature]_
The Honorable Anna J. Brown
United States District Court Judge

cc: Counsel of Record

Application for Special Admission-*Pro Hac Vice* - 4
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.jim.wyly

Lybeck✤Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791