| | |
|---|---|
| 1 | **Lory R. Lybeck** |
| | OSB #83276 |
| 2 | lrl@lybeckmurphy.com |
| | **Lybeck Murphy, LLP** |
| 3 | 7525 SE 24th Street, Ste. 500 |
| 4 | Mercer Island, WA 98040-2334 |
| | 206-230-4255 /phone |
| 5 | 206-230-7791 /fax |
| | Attorney for plaintiffs |

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated,

  Plaintiffs,

v.

ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company

  Defendants.

No. CV 07-934 BR

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* - 1

andersen\andersenvsriaa\pleadings07\prohacvice.ben.justus

17155

Lybeck✤Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    **(A) Personal Data:**

    Benjamin R. Justus
    Lybeck Murphy, LLP
    7525 SE 24th Street, Suite 500
    Mercer Island, WA 98040-2336
    brj@lybeckmurphy.com
    Telephone: (206) 230-4255
    Facsimile: (206) 230-7791

    **(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

    (1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

    a) State of New Jersey on January 16, 2004 with Bar ID # 023862003
    b) State of Washington on June 13, 2007 with Bar ID # 38855

    (2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

    a) United States District Court for the District of New Jersey on September 1, 2005 (no applicable ID #).

    **(C) Certification of Disciplinary Proceedings:**

    I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

    **(D) Certification of Professional Liability Insurance:**

    I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

    **(E) Representation Statement:** I am representing the following party(s) in this case:
    Tanya Andersen, Plaintiff

    **(F) CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* - 2

andersen\andersenvsriaa\pleadings07\prohacvice.ben.justus

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.13(a).

**2. Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 22nd day of August, 2007.

_____
Signature of Local Counsel

Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
lrl@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

_____
Signature of *Pro Hac Vice* Counsel

Benjamin R. Justus
Lybeck Murphy, LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
brj@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

Attorneys for plaintiff

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* - 3

andersen\andersenvsriaa\pleadings07\prohacvice.ben.justus

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

## COURT ACTION

✓      Application approved subject to payment of fees

___      Application approved and fee waived

___      Application denied

8-29-07
Date

*Anna J. Brown* (signature)
The Honorable Anna J. Brown
United States District Court Judge

cc: Counsel of Record

APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* - 4

andersen\andersenvsriaa\pleadings07\prohacvice.ben.justus

Lybeck✥Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 Fax 206-230-7791