**Kenneth R. Davis, II**, OSB No. 97113
davisk@lanepowell.com
**William T. Patton**, OSB No. 97364
pattonw@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Atlantic Recording Corporation, Priority Records LLC, Capitol Records, Inc., UMG Recordings, Inc. BMG Music, Recording Industry Association of America and Settlement Support Center, LLC.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TANYA ANDERSEN,**<br><br>Plaintiff,<br><br>v.<br><br>**ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company,**<br><br>Defendants. | Case No. 3:07-CV-934-BR<br><br>Defendants'<br>**MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**Pursuant to Fed. R. Civ. P. 12(b)(6)**<br><br>**ORAL ARGUMENT REQUESTED** |

## CERTIFICATION

Pursuant to L.R. 7.1(a), counsel for Defendants hereby certifies that they conferred in good faith with Plaintiff to resolve this dispute prior to filing this motion and were unsuccessful.

## MOTION

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendants Atlantic Recording Corporation, Priority Records LLC, Capitol Records, Inc., UMG Recordings, Inc., BMG Music, Recording Industry Association of America ("RIAA") and Settlement Support Center, LLC ("SSC") (collectively, "Defendants") respectfully move the Court for an order dismissing each of the thirteen claims asserted against them by Plaintiff Tanya Anderson, as they are compulsory counterclaims that either were or could have been asserted in a previous action, they amount to an attempt by Plaintiff to improperly split claims, and they each fail to state claims upon which relief can be granted.

This motion is based upon Plaintiff's First Amended Complaint, Defendants' Memorandum in Support of Motion to Dismiss Plaintiff's First Amended Complaint filed contemporaneously herewith, and the Court's record in this matter.

DATED: September 12, 2007

                                            LANE POWELL PC

                                            By /s/ William T. Patton
                                                Kenneth R. Davis, II, OSB No. 97113
                                                William T. Patton, OSB No. 97364
                                                (503) 778-2100

                                            Attorneys for Defendants Atlantic Recording Corporation, Priority Records LLC, Capitol Records, Inc., UMG Recordings, Inc., BMG Music, Recording Industry Association of America and Settlement Support Center, LLC