

You know Jimmy Kimme

# LISTENING POST

« Philips Follows Sony's Lead, Adds Bluetooth, IPod Dock | Main

## Tanya Anderson Files Class Action Suit Against the RIAA

By Eliot Van Buskirk    August 16, 2007 | 6:22:32 PM    Categories: RIAA Lawsuits



RIAA defendant Tanya Anderson has filed the first file sharing class action suit against the RIAA, seeking payment for "significant damages caused by the Defendants" to everyone who has been sued by the organization to date. The move represents an expansion from suit she filed earlier.

This class-action suit accuses the RIAA and other parties named below of "negligence, fraud, negligent misrepresentation, federal and state RICO, abuse of process, malicious prosecution, intentional infliction of emotional distress, violation of the Computer Fraud and Abuse Act, trespass, invasion of privacy, libel and slander, deceptive business practices, misuse of copyright law, and civil conspiracy," according to recordingindustryvsthepeople.

Anderson told P2Pnet today,

> "I think it is really disgusting what the RIAA and these other companies have done to me and people like me.
>
> "They have made my life a mess, put my life on hold, and created a lot of damage. I've been treated like a criminal for something I never did. My life will never be the same. I feel these companies should be ashamed and held responsible for what they have done. I don't care who someone is, they shouldn't be allowed to attack an innocent person and make their life a living nightmare.
>
> "I hope what I'm doing can help not only myself, but others like myself, who have been put under this same type of unnecessary attack."

Aside from the RIAA, the suit targets P2P monitor MediaSentry (and its owner Safenet), the Settlement Support Center (which

served debt collection notices), as well as original plaintiffs Atlantic Recording Corporation, Priority Records, Capitol Records, UMG Recordings, and BMG Music.

PDF of the Complaint (on irlweb)

*(via p2pnet and recordingindustryvsthepeople; image from p2pnet)*

Reddit It | Digg This | Add to del.icio.us



To bad she has no legal leg to stand on.. It sounds like someone broke the law and is now suing the police for arresting them.

While I hate the riaa they are in the Legal right and as someone who has made material that is under copyright its a no brainer.

As for suing Safenet WTF.. Let me get this straight your suing someone that made software to stop copyright theft... Thats like suing Glock after you break into my home and I shoot you..

She sounds like a greedy bitch and Honestly. Hope she dies.. I hate people like her. HEY LETS SUE..
Useless

**Posted by: m3kt3k | Aug 16, 2007 4:34:48 PM**

m3kt3k, you sound like an idiot.

The RIAA is a heavy-handed corporate machine that failed in it's responsibility to adequately review the evidence they brought with them in attacking the end user. This whole mess they started was doomed from the beginning as they are attacking (whether in the "legal right" or not) the people that are essentially their potential customers. I have always wondered why the RIAA didn't spend as much effort going after the real copyright offenders? you know, the ones that are actually MAKING MONEY by copying and selling music? No, their rediculous decision making process came up with "lets attack thousands of consumers and take away the money they might have spent on buying the music they liked after they downloaded it".

There are currently a lot of cases the RIAA is losing, and everyone of those defendants needs to join in this suit and finish the job of cleaning out these money hungry fools. I can't believe you actually have the gaul to call HER greedy.

The RIAA is a lumbering colossus that seems to have decided that they don't want to join the 20th century. They deserve to lose everything they hold dear (their money).

**Posted by: wyndl | Aug 16, 2007 4:57:29 PM**

Thats right Fight the Evil corps and hey the govt to they are also evil.. God damn that Bush..

You sound like every idiot 16yo kid that comes into my store.

Fight the system they say.. To bad the system hits back.

If your gonna break the law don't get caught. If you do take you hits and move on. Don't blame someone else when you break the law.

They are using the samething police use all over the country. When you buy drugs or get a hooker your just as guilty as the dealer and the hooker. Funny how the law works.

Posted by: m3kt3k | Aug 16, 2007 5:04:44 PM

m3kt3k:

"When you buy drugs or get a hooker your just as guilty (sic) as the dealer and the hooker. Funny how the law works."

Actually, you are not "guilty" till convicted.

If someone calls you "guilty" before that conviction, or treats you as though you are "guilty" before that conviction, you sue them for all you can get.

And you win!

"Funny how the law works."

Stick to your store and not to the law.

Posted by: sam walton | Aug 16, 2007 5:20:34 PM

BURN m3kt3k!

Stick to what you know, the law certainly isn't it. Think it through before you make a rebuttal.

Posted by: anonymous flame boy | Aug 16, 2007 5:29:27 PM

Wyndl is right, m3kt3k sounds like an idiot. Doesn't check to see if Tanya Anderson is guilty or not, just assumes that she's a "greedy bitch". He sounds stupid enough that he probably voted for Bush twice.

Posted by: BEWoolner | Aug 16, 2007 5:36:26 PM

m3kt3k: You are full of shit.

Mrs. Anderson offered her hard drive to be inspected by the RIAA, and despite the fact that they came up with nothing, and despite the fact that a neighbor of hers ADMITTED on his MySpace profile that he used her internet connection without her knowing, they STILL pressed forward. Also, they stalked Mrs. Anderson's 10 year-old daughter by calling up her school and pretending to be her grandmother in order to get information out of her.

Posted by: Anonymous poster | Aug 16, 2007 5:39:09 PM

RIAA has acted like the guard in this story:
Old time prison guards would take out work parties; two prisoners, one guard (with shotgun). If a prisoner tried to escape, the other prisoner was supposed to lie flat so the guard could shoot over him at the escapee.
One day a guard came back and said, "One of my prisoners got away."
"Where's your other prisoner?"
"Well, I missed the escapee, so I SHOT THE ONE I HAD.

Posted by: george | Aug 16, 2007 9:15:31 PM

Jeez, the RIAA sure has a good case. Too bad they walk hand-in-hand with organizations like Metallica, who managed to sue a few companies that had already licsensed their music legally just this week.

effin retarded. Once a decent, honest system is in place to pay the artist, and not the greedy phucks that pretend to care about music while getting rich, I'll open my wallet and give them money (for doing so little it could almost be NOTHING).

Here's a crazy thought: Lets give our favorite artists our money directly, and then they can pay the RIAA based on how well they think the RIAA have done to protect their efforts.

I doubt RIAA would be able to pay their lawyers within a month. Make those tools do something worthwhile to earn a living.

Like sue the Bush Administration. I'm sure they could find *something*. And, honestly, why not? The govt. is effin loaded.

Posted by: jw | Aug 17, 2007 12:09:41 AM

**POST A COMMENT**

**Name:**

**Email Address:**

**Comments:**

Post

See more Listening P

Corrections | Contact Us | Letters to the Editor | Wired Staff | Press Center | FAQ | Wired Insider | Sitemap

Subscription Questions | Renew Subscription | Give a Gift | International Subscriptions | Advertising | Media Kit | Careers

Visit Our Sister Sites: Concierge | Epicurious | Men.style.com | Style.com | Flip.com | Wired.com | Lipstick.com | NutritionData | YM | Allure | Architec Cookie | Condé Nast Portfolio | Domino | Glamour | House & Garden | Lucky | Men's Vogue | Self | Teen Vogue | The New Yorker | Vanity Fair

Subscribe to a magazine:

© 2007 CondéNet, Inc. All rights reserved.
Use of this site constitutes acceptance of our User Agreement and Privacy Policy