**Lory R. Lybeck**
OSB #83276
lrl@lybeckmurphy.com
**Lybeck Murphy, LLP**
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 /phone
206-230-7791 /fax
Attorney for plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company<br><br>Defendants. | No. CV 07-934 BR<br><br>Plaintiffs' Motion to Extend Time to Respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint |

## **CERTIFICATION**

Counsel for Plaintiffs certifies that they have conferred with Defendants' counsel and are authorized to represent that Defendants do not oppose the relief sought herein.

Plaintiffs' Motion to Extend Time to Respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint - 1
andersen\pleadings USDC 2007\extend.time.file.resp.to.dismiss

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

# **MOTION**

Plaintiffs respectfully request an order from this Court granting an extension of time to respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint until and including September 28, 2007.

On September 12, 2007, Defendants filed their Motion to Dismiss Plaintiffs' First Amended Complaint. Plaintiffs' response thereto is currently due on September 24, 2007. Due to conflicting schedules, Plaintiffs respectfully request a brief extension of four (4) days until September 28, 2007, to file their response and declaration in support thereof.

This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion. This extension request will not impact any other settings or deadlines in this case.

Respectfully submitted this __20th__ day of September, 2007.

LYBECK MURPHY, LLP


By: */s/ Lory R. Lybeck*_____
    Lory R. Lybeck (OSB #83276)
Attorney for plaintiffs

Plaintiffs' Motion to Extend Time to Respond to Defendants' Motion to Dismiss
Plaintiffs' First Amended Complaint - 2
andersen\pleadings USDC 2007\extend.time.file.resp.to.dismiss

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 Fax 206-230-7791

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## AFFIDAVIT OF SERVICE

State of Washington )
) ss.
County of King )

I hereby certify and declare that on the __20th__ day of September, 2007, I electronically filed the foregoing Plaintiffs' Motion to Extend Time to Respond to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Atty/Defendants:**
Kenneth R. Davis, II
William T. Patton
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
503-778-2100/phone
503-778-2200/fax
Email: davisk@lanepowell.com/Davis
pattonw@lanepowell.com /Powell

All parties are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this _20th_ day of September, 2007.

By: _____/s/ Lory Lybeck_____
Lory R. Lybeck (OSB #83276)
Attorneys for defendant
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040
(206) 230-4255 /phone
(206) 230-7791 /fax
lrl@lybeckmurphy.com

Plaintiffs' Motion to Extend Time to Respond to Defendants' Motion to Dismiss
Plaintiffs' First Amended Complaint - 3
Andersen\Andersen v. RIAA\ extend.time.file.resp.to.dismiss

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791