**Lory R. Lybeck**
OSB #83276
lrl@lybeckmurphy.com
**Lybeck Murphy, LLP**
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 /phone
206-230-7791 /fax
Attorney for plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company<br><br>Defendants. | No. CV 07-934 BR<br><br>Declaration of Benjamin R. Justus in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint |

I, Benjamin R. Justus, declare and certify as follows:

1. I am one of the attorneys for plaintiff Tanya Andersen, and I have personal knowledge of all matters described herein.

Declaration of Benjamin R. Justus in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint
- 1

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

Andersen v RIAA/Pleadings 07/dec.brj.opp.RIAA.mtn.dismiss

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' Response in Opposition to Defendant's Motion to Voluntarily Dismiss Counterclaims filed in <u>Atlantic Recording Corp, et al v. Andersen</u>, Case No. CV 05-933 AS (D. Or.).

3. Attached hereto as Exhibit B is a true and correct copy of the September 18, 2007 Findings and Recommendation of Judge Donald Ashmanskas, entered in <u>Atlantic Recording Corp, et al v. Andersen</u>, Case No. CV 05-933 AS (D. Or.).

4. Attached hereto as Exhibit C is a true and correct copy of the September 19, 2007 Order of Judge Richard A. Lazzara, entered in <u>UMG Recordings, Inc. et al v. Del Cid</u>, Case No. 8:07-cv-368-T-26TGW (M.D. Fla.).

5. Attached hereto as Exhibit D is a true and correct copy of the September 21, 2007 Findings and Recommendation of Judge Donald Ashmanskas, entered on in <u>Atlantic Recording Corp, et al v. Andersen</u>, Case No. CV 05-933 AS (D. Or.).

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated at Mercer Island, Washington this <u>28th</u> day of September, 2007.

By: <u>*/s/ Benjamin R. Justus*</u>
Benjamin R. Justus, admitted *pro hac vice*
Attorney for plaintiffs

Declaration of Benjamin R. Justus in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint - 2

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791

Andersen v RIAA/Pleadings 07/dec.brj.opp.RIAA.mtn.dismiss

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF OREGON

## AFFIDAVIT OF SERVICE

State of Washington )
) ss.
County of King )

I hereby certify and declare that on the 28th day of September, 2007, I electronically filed the foregoing Declaration of Benjamin R. Justus in Support of Plaintiff's Opposition to Defendants' Motion to Dismiss First Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

**Atty/Defendants:**
Kenneth R. Davis, II
William T. Patton
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
503-778-2100/phone
503-778-2200/fax
Email: davisk@lanepowell.com/Davis
pattonw@lanepowell.com /Powell

James Ruh, *Admitted Pro Hac Vice*
james.ruh@hro.com
Nadia Sarkis, *Admitted Pro Hac Vice*
nadia.sarkis@hro.com
HOLME, ROBERTS & OWEN LLP
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone: (303) 861-7000
Facsimile: (303) 866-0200

All parties are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this 28th day of September, 2007.

By: /s/ Lory R. Lybeck
Lory R. Lybeck (OSB #83276)
Benjamin R. Justus (WSBA #38855) admitted *pro hac*
Attorneys for defendant
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040 (WSBA #38855
(206) 230-4255 /phone
(206) 230-7791 /fax
lrl@lybeckmurphy.com
brj@lybeckmurphy.com

Certificate of Service - 1

Andersen\Andersen v. RIAA\*

Lybeck❖Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255  Fax 206-230-7791