**Kenneth R. Davis, II**, OSB No. 97113
davisk@lanepowell.com
**William T. Patton**, OSB No. 97364
pattonw@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone:  503.778.2100
Facsimile:  503.778.2200

Attorneys for Defendants Atlantic Recording Corporation, Priority Records LLC,
Capitol Records, Inc., UMG Recordings, Inc., BMG Music, Recording Industry
Association of America, and Settlement Support Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TANYA ANDERSEN,** Individually and as Representative of Others Similarly Situated**,** | CV No. 3:07-CV-934-BR |
| Plaintiff, | Defendants' **UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY** |
| v. | |
| **ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company,** | |
| Defendants. | |

PAGE 1 -   UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

707507.0010/661305.1

Dockets.Justia.com

## CERTIFICATION

Counsel for Defendants, Atlantic Recording Corp., Priority Records, LLC, Capitol Records, Inc., BMG Music, (collectively "Record Companies"), Recording Industry Association of America ("RIAA"), and Settlement Support Center, LLC (hereinafter "Defendants"), certifies that they have conferred with Plaintiff's counsel regarding this request and are authorized to represent that Plaintiff does not oppose the relief sought herein.

## MOTION

Defendants move this court for an extension of time to file a Reply in Support of Defendants' Motion to Dismiss First Amended Complaint ("Motion") until and including October 19, 2007 and in support thereof state as follows:

Defendants filed their Motion on September 12, 2007. (Doc. No. 13, 14.) Pursuant to an agreed upon extension of time, Plaintiff filed her Response to Defendants' Motion (Doc. No. 17) on September 28, 2007. Per the Court's Order (Doc. No. 16), Defendants' Reply is currently due on October 12, 2007. Defendants' lead national counsel is in trial from October 2-4, 2007, in the matter of *Virgin Records America, Inc. et al. v. Thomas*, Case No. 06-cv-1497 in the District Court of Minnesota, and will be unavailable from October 1-5, 2007, due to trial related activities and travel. Accordingly, Defendants request, and Plaintiff does not oppose, an extension of time until and including October 19, 2007.

PAGE 2 -    UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE REPLY

This request is not filed for the purpose of delay and no party will be prejudiced by the granting of this motion. This extension request will not impact any other settings or deadlines in this case.

DATED: October 2, 2007

LANE POWELL PC


By /s/ William T. Patton
    Kenneth R. Davis, II, OSB No. 97113
    William T. Patton, OSB No. 97364
    Telephone: 503.778.2100
Attorneys for Defendants Atlantic Recording
Corporation, Priority Records LLC, Capitol
Records, Inc., UMG Recordings, Inc., BMG Music,
Recording Industry Association of America, and
Settlement Support Center, LLC