Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 /phone
206-230-7791 /fax
lrl@lybeckmurphy.com
Attorney for defendant

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| TANYA ANDERSEN, | No. 3:07-cv-934-BR |
| Plaintiff, | APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE* |
| v. | |
| ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company, | |
| Defendants. | |

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

   **(A) Personal Data:**
Application for Special Admission-*Pro Hac Vice* - 1
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.leisa pearlman

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

Dockets.Justia.com

Leisa B. Pearlman
Patton, Roberts, McWilliams, & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
lpearlman@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

　　i. State of Texas 1991, with Bar ID # 15689960
　　ii. State of Arkansas 1992, with Bar ID # 92070

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

　　i. United States District Court for the Eastern District of Texas 2005
　　ii. United States District Court for the Western and Eastern Districts of Arkansas 2005
　　iii. United States Court of Appeals for the Eighth Circuit 2005
　　iv. United States Court of Appeals for the Fifth Circuit 2005

**(C) Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

**(D) Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E) Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

**(F) CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the

Application for Special Admission-*Pro Hac Vice* - 2
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.leisa pearlman

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255　Fax 206-230-7791

court's Case Management/Electronic Case File system. (*See* ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2 (c).

**2. Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 14th day of September, 2007.

_____
Signature of Local Counsel

_____
Signature of *Pro Hac Vice* Counsel

Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
Island Corporate Center, Suite 500
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2336
lrl@lybeckmurphy.com
Telephone: (206) 230-4255
Facsimile: (206) 230-7791

Leisa B. Pearlman
Patton, Roberts, McWilliams, & Capshaw
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
lpearlman@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903 334-7007

Application for Special Admission-*Pro Hac Vice* - 3
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.leisa pearlman

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255   Fax 206-230-7791

1 **COURT ACTION**

2 _____ Application approved subject to payment of fees

3 _____ Application approved and fee waived

4 _____ Application denied

5

6

7 _____          _____
Date                                                                                          United States District/Magistrate Judge

8 cc: Counsel of Record
Application for Special Admission-*Pro Hac Vice* - 4
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.leisa pearlman

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791