**Kenneth R. Davis, II**, OSB No. 97113
davisk@lanepowell.com
**William T. Patton**, OSB No. 97364
pattonw@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendants Atlantic Recording Corporation, Priority Records LLC, Capitol Records, Inc., UMG Recordings, Inc., BMG Music, Recording Industry Association of America, and Settlement Support Center, LLC

FILED'07 OCT 10 15:41USDC-ORP

RECVD'07 OCT 9 14:16USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **TANYA ANDERSEN,** | CV No. 3:07-CV-934-BR |
| Plaintiff, | |
| v. | Defendants'<br>**APPLICATION FOR SPECIAL**<br>**ADMISSION - *PRO HAC VICE*** |
| **ATLANTIC RECORDING CORPORATION**, a Delaware corporation; **PRIORITY RECORDS LLC**, a California limited liability company; **CAPITOL RECORDS, INC.**, a Delaware corporation; **UMG RECORDINGS, INC.**, a Delaware corporation; **BMG MUSIC**, a New York general partnership; **RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC.**, f/k/a **MEDIA SENTRY, INC.**, a Delaware corporation; **SETTLEMENT SUPPORT CENTER, LLC**, a Washington limited liability company, | |
| Defendants. | |

PAGE 1 - APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE



As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

(1) **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

    (A) **Personal Data**:
Amy Bauer
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
E-mail: amy.bauer@hro.com
Telephone: 303-866-0417
Facsimile: 303-866-0200

    (B) **Bar Admissions Information**: I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

        (1) State: Colorado Supreme Court; good standing, October 15, 2001, #33267

        (2) Federal: United States District Court - District of Colorado; good standing; December 17, 2002, #33267

    (C) **Certification of Disciplinary Proceedings:**

        __X__ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or federal bar association or administrative agency; or

        _____ I certify that I am now, or have been subject to disciplinary action from a State or federal bar association or administrative agency. (*See* attached letter of explanation.)

    (D) **Certification of Professional Liability Insurance:** I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

    (E) **Representation Statement**: I am representing the following party(s) in this case: Plaintiffs Atlantic Recording Corporation; Priority Records, LLC; Capitol Records, Inc.; UMG Recordings, Inc.; BMG Music;

PAGE 2 - APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE

707507.0010/654027.1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

Recording Industry Association of America, and Settlement Support Center, LLC.

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* http://ecf.ord.uscourts.gov). I also consent to electronic service pursuant to LR 5.5(a)(1).

(2) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:** I certify that I am a member in good standing of the Bar of this court, that I have read the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 4th day of October, 2007.

_____
Local Counsel
William T. Patton, OSB No. 97364
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204-3158
E-mail: pattonw@lanepowell.com
Telephone: 503-778-2100
Facsimile: 503-778-2200

_____
Applicant/Pro Hac Vice Counsel
Amy Bauer
Holme Roberts & Owen LLP
1700 Lincoln Street, Suite 4100
Denver, CO 80203-4541
E-mail: amy.bauer@hro.com
Telephone: 303-866-0417
Facsimile: 303-866-0200

## COURT ACTION

✓ Application Approved Subject to Payment of Fees

___ Application Approved and Fee Waived

___ Application Denied

10-10-07                                    _____
Date                                        United States District Court Judge

cc: Counsel of Record

PAYMENT RECEIPT #

PAGE 3 - APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I caused to be served a copy of the foregoing APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE on the following person(s) in the manner indicated below at the following address(es):

Lory R. Lybeck, Esq.
Benjamin R. Justus, Esq.
Lybeck Murphy LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2334

Richard A. Adams, Esq.
James C. Wyly, Esq.
Patton, Roberts, McWilliams & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503

☐ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☑ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

_____
William T. Patton

PAGE 1 - CERTIFICATE OF SERVICE