Kenneth R. Davis, II, OSB No. 97113
davisk@lanepowell.com
William T. Patton, OSB No. 97364
pattonw@lanepowell.com
LANE POWELL PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

FILED'07 OCT 10 15:41USDC-ORP

RECVD'07 OCT 9 14:15USDC-ORP

Attorneys for Defendants Atlantic Recording Corporation, Priority Records LLC,
Capitol Records, Inc., UMG Recordings, Inc., BMG Music,
Recording Industry Association of America, and Settlement Support Center, LLC

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| TANYA ANDERSEN,<br><br>                Plaintiff,<br><br>v.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company,<br><br>                Defendants. | CV No. 3:07-CV-934-BR<br><br>Defendants'<br>**APPLICATION FOR SPECIAL ADMISSION - *PRO HAC VICE*** |

As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

PAGE 1 -   APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE

*Peett 17 812*

707507.0010/653974.1

#1272856 v1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

(1) **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

 (A) **Personal Data**:
  Timothy M. Reynolds
  Holme Roberts & Owen LLP
  1801 13th Street, Suite 300
  Boulder, CO 80302-5259
  E-mail: timothy.reynolds@hro.com
  Telephone: 303-417-8510
  Facsimile: 303-866-0200

 (B) **Bar Admissions** Information: I certify that I am now a member in good standing of the following State and/or Federal Bar Associations:

  (1) State Bar of Colorado

  (2) State Bar of Wyoming

  (3) Federal Bar Admissions:

   United States District Court for the District of Colorado
   United States District Court for the District of Wyoming
   United States District Court for the Northern District of Florida
   United States Court of Appeals for the Tenth Circuit

 (C) **Certification of Disciplinary Proceedings:**

  __X__ I certify that I am not now, nor have I ever been subject to any disciplinary action by any State or federal bar association or administrative agency; or

  _____ I certify that I am now, or have been subject to disciplinary action from a State or federal bar association or administrative agency. (*See* attached letter of explanation.)

 (D) **Certification of Professional Liability Insurance:** I certify that I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

 (E) **Representation Statement**: I am representing the following party(s) in this case: Plaintiffs Atlantic Recording Corporation; Priority Records, LLC; Capitol Records, Inc.; UMG Recordings, Inc.; BMG Music; and Recording Industry Association of America, and Settlement Support Center, LLC.

707507.0010/653974.1
#1272856 v1

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

(F) **CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See* http://ecf.ord.uscourts.gov). I also consent to electronic service pursuant to LR 5.5(a)(1).

(2) **CERTIFICATION OF ASSOCIATED LOCAL COUNSEL:** I certify that I am a member in good standing of the Bar of this court, that I have read the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 4th day of September, 2007.

| | |
|---|---|
| /s/ | /s/ |
| Local Counsel | Applicant—Pro Hac Vice Counsel |
| William T. Patton, OSB No. 97364 | Timothy M. Reynolds |
| Lane Powell PC | Holme Roberts & Owen LLP |
| 601 SW Second Avenue, Suite 2100 | 1801 13th Street, Suite 300 |
| Portland, OR 97204-3158 | Boulder, CO 80302-5259 |
| E-mail: pattonw@lanepowell.com | E-mail: timothy.reynolds@hro.com |
| Telephone: 503-778-2100 | Telephone: 303-417-8510 |
| Facsimile: 503-778-2200 | Facsimile: 303-866-0200 |

## COURT ACTION

✓ Application Approved Subject to Payment of Fees

___ Application Approved and Fee Waived

___ Application Denied

10/10/07                               /s/ Anna J. Brown
Date                                    United States District Court Judge

cc:     Counsel of Record

PAYMENT RECEIPT #

PAGE 3 -   APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE

707507.0010/653974.1
#1272856 v1

**LANE POWELL PC**
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200

# CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2007, I caused to be served a copy of the foregoing APPLICATION FOR SPECIAL ADMISSION - PRO HAC VICE on the following person(s) in the manner indicated below at the following address(es):

Lory R. Lybeck, Esq.
Benjamin R. Justus, Esq.
Lybeck Murphy LLP
7525 SE 24th Street, Suite 500
Mercer Island, WA 98040-2334

Richard A. Adams, Esq.
James C. Wyly, Esq.
Patton, Roberts, McWilliams & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503

☐ by **CM/ECF**
☐ by **Electronic Mail**
☐ by **Facsimile Transmission**
☑ by **First Class Mail**
☐ by **Hand Delivery**
☐ by **Overnight Delivery**

_____
William T. Patton

PAGE 1 - CERTIFICATE OF SERVICE