Lory R. Lybeck (OSB #83276)
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2334
206-230-4255 /phone
206-230-7791 /fax
lrl@lybeckmurphy.com
Attorney for defendant

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

| | |
|---|---|
| TANYA ANDERSEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company,<br><br>　　　　Defendants. | No. 3:07-cv-934-BR<br><br>APPLICATION FOR SPECIAL ADMISSION – *PRO HAC VICE*<br><br>Not an Original Signature |

　　As local counsel in the above captioned case and in accordance with LR 83.3, I am recommending the following attorney for admission *pro hac vice* and certify that the information contained in this application is true.

1. **Pro Hac Vice Attorney Certification:** I have read and understand the requirements of LR 83.3, and certify that the following information is correct:

　　**(A) Personal Data:**

Application for Special Admission-*Pro Hac Vice* - 1
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.shivali sharma

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255　Fax 206-230-7791

Shivali Sharma
Patton, Roberts, McWilliams, & Capshaw, LLP
Century Bank Plaza, Suite 400
2900 St. Michael Drive
Texarkana, TX 75503
ssharma@pattonroberts.com
Telephone: (903) 334-7000
Facsimile: (903) 334-7007

**(B) Bar Admissions Information:** I certify that I am now a member in good standing of the following State and/or Federal Bar Association:

(1) State Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

    i. State of Texas 2005, with Bar ID # 24048793
    ii. State of Arkansas 2005 with Bar ID # 2005287

(2) Federal Bar Admissions: Name of court; admissions standing, date of admission, and BAR ID number.

    i. United States District Court for the Eastern District of Texas 2005
    ii. United States District Court for the Western and Eastern Districts of Arkansas 2007

**(C) Certification of Disciplinary Proceedings:**

I certify that I am not now, nor have I ever been subject to any disciplinary action by any state or federal bar association or administrative agency.

**(D) Certification of Professional Liability Insurance:**

I have a current professional liability insurance policy that will apply in this case, and that the policy will remain in effect during the course of these proceedings.

**(E) Representation Statement:** I am representing the following party(s) in this case:
Tanya Andersen, Plaintiff

**(F) CM/ECF Registration:** Concurrent with approval of this *pro hac vice* application, I acknowledge that I will automatically be registered to access the court's Case Management/Electronic Case File system. (*See*

Application for Special Admission-*Pro Hac Vice* - 2
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.shivali sharma

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

ecf.ord.uscourts.gov). I also consent to electronic service pursuant to Fed. R. Civ. P 5(b)(2)(D) and LR 100.2 (c).

**2. Certification of Associated Local Counsel:** I certify that I am member in good standing of the Bar of this Court, that I have read and understand the requirements of LR 83.3(d), and that I will serve as designated local counsel in this particular case.

DATED this 14th day of September, 2007.

_____
Signature of Local Counsel

_____
Signature of *Pro Hac Vice* Counsel

| | |
|---|---|
| Lory R. Lybeck (OSB #83276) | Shivali Sharma |
| Lybeck Murphy, LLP | Patton, Roberts, McWilliams, & Capshaw |
| Island Corporate Center, Suite 500 | Century Bank Plaza, Suite 400 |
| 7525 SE 24th Street, Suite 500 | 2900 St. Michael Drive |
| Mercer Island, WA 98040-2336 | Texarkana, TX 75503 |
| lrl@lybeckmurphy.com | ssharma@pattonroberts.com |
| Telephone: (206) 230-4255 | Telephone: (903) 334-7000 |
| Facsimile: (206) 230-7791 | Facsimile: (903 334-7007 |

Application for Special Admission-*Pro Hac Vice* - 3
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.shivali sharma

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

## COURT ACTION

___✓___ Application approved subject to payment of fees

_____ Application approved and fee waived

_____ Application denied

_10-11-07_                  _[signature]_
Date                             United States District/~~Magistrate~~ Judge

cc: Counsel of Record

Application for Special Admission-*Pro Hac Vice* - 4
\Andersen\Andersen v. RIAA\Pleadings07\prohacvice.shivali sharma

Lybeck Murphy LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040-2336
206-230-4255  Fax 206-230-7791

# Motions
3:07-cv-00934-BR Andersen v. Atlantic Recording Corporation et al

## U.S. District Court

### District of Oregon

## Notice of Electronic Filing

The following transaction was entered by Lybeck, Lory on 10/4/2007 at 3:02 PM PDT and filed on 10/4/2007

**Case Name:**     Andersen v. Atlantic Recording Corporation et al
**Case Number:**   3:07-cv-934
**Filer:**         Tanya Andersen
**Document Number:** 23

**Docket Text:**
Motion for Leave to Appear Pro Hac Vice *Corey McGaha*. Filed by all plaintiffs. (Lybeck, Lory)


**3:07-cv-934 Notice has been electronically mailed to:**

Richard A. Adams     radams@pattonroberts.com, mcosta@pattonroberts.com, shicks@pattonroberts.com

Kenneth R. Davis , II     davisk@lanepowell.com, docketing-pdx@lanepowell.com, kilpatrickj@lanepowell.com

Benjamin R. Justus     brj@lybeckmurphy.com

Lory Ray Lybeck     lrl@lybeckmurphy.com

William T. Patton     pattonw@lanepowell.com, docketing-pdx@lanepowell.com, hromcoa@lanepowell.com

James C. Wyly     jwyly@pattonroberts.com

**3:07-cv-934 Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Not Available
**Electronic document Stamp:**
[STAMP ordStamp_ID=875559790 [Date=10/4/2007] [FileNumber=2235569-0] [ 82d1b1225354db6806d2aca56a32093929332111 51be6486285b0a7017de2ec1781cd6 c7b2ffc29d9030b6f267cbec55e13550d3d5903 17310524cb6a6cf0af4]]