**Lory R. Lybeck**
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA  98040-2334
206-230-4255 /phone
206-230-7791 /fax
Lybeck – lrl@lybeckmurphy.com
**Lybeck – OSB #83276**
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON AT PORTLAND

TANYA ANDERSEN, Individually and as Representative of Others Similarly Situated

Plaintiff

v.

ATLANTIC RECORDING CORPORATION, a Delaware corporation; PRIORITY RECORDS, LLC, a California limited liability company; CAPITOL RECORDS, INC., a Delaware corporation; UMG RECORDINGS, INC., a Delaware corporation; and BMG MUSIC, a New York general partnership; RECORDING INDUSTRY ASSOCIATION OF AMERICA; SAFENET, INC., f/k/a MEDIA SENTRY, INC., a Delaware corporation; SETTLEMENT SUPPORT CENTER, LLC, a Washington limited liability company

Defendants.

No.  CV 07-934 BR

**PLAINTIFF TANYA ANDERSEN'S MOTION TO WITHDRAW SHIVALI SHARMA AS ATTORNEY OF RECORD**

COMES NOW, Plaintiff Tanya Andersen and asks this Court to allow Shivali Sharma to withdraw as attorney of record for her in this case and states as follows:

1.    There is good cause for this Court to grant the motion to withdraw because Shivali Sharma recently accepted a position as a law clerk in the Sixth Circuit Court of Appeals for the

Plaintiff's Motion to Withdraw Shivali Sharma as Attorney of Record - 1

1    State of Texas, is no longer employed as an attorney for Patton Roberts, PLLC, and is unable to

2    continue representation of Plaintiff Tanya Andersen and the putative class.

3         2.    Attorneys Lory Lybeck and Ben Justus of Lybeck Murphy LLP and attorneys

4    Richard Adams, Jim Wyly, Leisa Pearlman and Corey McGaha of Patton Roberts PLLC will

5    continue to represent Plaintiff Tanya Andersen and the putative class; therefore, Plaintiff Tanya

6    Andersen and the putative class will suffer no prejudice if Shivali Sharma is allowed to withdraw

7

8    as attorney of record.

9         3.    The withdrawal will not delay these proceedings.

10        4.    For the reasons discussed herein and above, Plaintiff Tanya Andersen asks this

11   Court to grant her motion to withdraw Shivali Sharma as attorney of record and grant her all other

12   relief to which she is entitled.

13

14        Respectfully submitted this 15th day of October, 2008.

15                              Lybeck Murphy, LLP

16

17        By:   _/s/ Lory R. Lybeck_____
                Lory R. Lybeck (OSB #83276)
                Benjamin R. Justus, admitted pro hac vice

18              Richard A. Adams, admitted pro hac vice
                Jim C. Wyly, admitted pro hac vice

19              Corey D. McGaha, admitted pro hac vice
                Leisa B. Pearlman, admitted pro hac vice

20              Attorneys for Plaintiff

21

22

23

24

25

26

Plaintiff's Motion to Withdraw Shivali Sharma as Attorney of Record - 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF OREGON**

I hereby certify that on the 15th day of October, 2008, I electronically filed the foregoing PLAINTIFF TANYA ANDERSEN'S MOTION TO WITHDRAW SHIVALI SHARMA AS ATTORNEY OF RECORD with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Kenneth R. Davis, II
davisk@lanepowell.com
William T. Patton
pattonw@lanepowell.com
Lane Powell PC
601 SW Second Avenue, Suite 2100
Portland, OR 97204
503-778-2100/phone
503-778-2200/fax

Timothy Reynolds, *Admitted Pro Hac Vice*
timothy.reynolds@hro.com
Nea Brown, *Admitted Pro Hac Vice*
nea.brown@hro.com
Amy Bauer, *Admitted Pro Hac Vice*
amy.bauer@hro.com
HOLME, ROBERTS & OWEN LLP
1700 Lincoln Street, Ste. 4100
Denver, CO 80203
Telephone:  (303) 861-7000
Facsimile:  (303) 866-0200

Thomas Mullaney, *Admitted Pro Hac Vice*
tmm@mullaw.org
708 3rd Avenue - Suite 2500
New York, NY 10017
Phone: 212-223-0800
Fax: 212-661-9860

All parties are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this 15th  day of October, 2008.

By:  __/s/ *Lory R. Lybeck* _____
Lory R. Lybeck (OSB #83276)
Benjamin R. Justus, admitted *pro hac vice*
Attorneys for Plaintiff
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040
(206) 230-4255 /phone
(206) 230-7791 /fax