# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. District Court Case No.: 3:07-CV-934-BR | 2. Short Case Title: Tanya Andersen v. Atlantic Recording et al. |
|---|---|
| 3. Court of Appeals Case No.: | 4. ☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention. |

| 5. NAME (Party Ordering Recording/Transcript) William T. Patton Lane Powell PC | 6. PHONE NUMBER 503-778-2100 | 7. DATE 1/04/2011 | |
|---|---|---|---|
| 8. MAILING ADDRESS 601 SW Second Avenue, Suite 2100 | 9. CITY Portland | 10. STATE OR | 11. ZIP 97204 |

**12. ORDER FOR:** ☐ PLAINTIFF NAME: _____  ☒ DEFENDANT NAME: Atlantic Recording et al.
☐ APPEAL    ☐ CRIMINAL    ☐ CRIMINAL JUSTICE ACT (CJA-24 VOUCHER ATTACHED)
☐ NON-APPEAL    ☒ CIVIL    ☐ IN FORMA PAUPERIS (CJA-24 VOUCHER ATTACHED)

☐ **13. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceedings(s).
Note: PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared. Copy cost: $26 for each proceeding. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
|  |  |  |

☐ **14. TRANSCRIPT REQUESTED:** Specify portion(s) and date(s) of proceedings(s). Financial arrangements must be made before transcript is prepared. Transcriber will contact party. If payment is authorized under CJA, attach CJA-24 form.

| PROCEEDING(S) | DATE(S) | JUDGE |
|---|---|---|
| Telephone conference 8:30 a.m. | 12-6-10 | Brown |

| TRANSCRIPT CATEGORY | ORIGINAL | FIRST COPY (to each party) | ADD'L COPIES (to same party) | FORMAT REQUESTED (Each format is billed as a separate transcript copy.) | | |
|---|---|---|---|---|---|---|
| | | | | PAPER | ELECTRONIC | SPECIFY |
| ORDINARY: To be delivered within 30 days after receipt of this order. | $3.65 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| EXPEDITED: To be delivered within 7 days after receipt of this order. | $4.85 per page | $.90 per page | $.60 per page | ☒ Full Size ☐ Condensed ☒ A-Z word index | ☐ Diskette ☐ CD ☒ E-mail | ☐ ASCII ☒ E-Transcript ☐ Other |
| DAILY: Delivered following adjournment and prior to the normal opening hour of court on the following morning, whether or not it actually is a court day. | $6.05 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |
| 14-day Transcript: To be delivered within 14 days after receipt of this order. | $4.25 per page | $.90 per page | $.60 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ PDF ☐ Other |
| HOURLY: to be delivered within 2 hours of proceeding. | $7.25 per page | $1.20 per page | $.90 per page | ☐ Full Size ☐ Condensed ☐ A-Z word index | ☐ Diskette ☐ CD ☐ E-mail | ☐ ASCII ☐ E-Transcript ☐ Other |

**15. DISTRIBUTION:** Mail, email, or fax a copy of these forms to the Clerk's Office and to all parties.

Revised 02/19/2010