**Lory R. Lybeck,** OSB No. 83276
lrl@lybeckmurphy.com
**Benjamin R. Justus**, admitted *pro hac vice*
brj@lybeckmurphy.com
**LYBECK MURPHY, LLP**
7525 SE 24th Street, Suite 500
Mercer Island, WA  98040-2334
Telephone:  206.230.4255
Facsimile:  206.230.7791

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

**TANYA ANDERSEN,**

Case No. 3:07-CV-934-BR

Plaintiff,

v.

**ATLANTIC RECORDING CORPORATION, et al.,**

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF**

Defendants.

TO:          CLERK OF COURT
AND TO:      ALL PARTIES OF RECORD

Effective immediately, Patton Roberts, PLLC (formerly Patton, Roberts, McWilliams & Capshaw, LLP) and attorneys Richard A. Adams, Corey D. McGaha, Leisa B. Pearlman and Reid D. Miller no longer represent plaintiff Tanya Andersen in this action, and should be removed from the Court's listing of attorneys of record.

Lybeck Murphy, LLP and attorneys Lory R. Lybeck and Benjamin R. Justus shall remain as the only attorneys of record for plaintiff.

RESPECTFULLY SUBMITTED THIS 7th day of January, 2011.

LYBECK MURPHY, LLP

By:  ___/s/ Lory R. Lybeck_____
       Lory R. Lybeck (OSB #83276)
       Benjamin Justus, admitted *pro hac vice*

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF - 1**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF OREGON

I hereby certify that on the 7th day of January, 2011, a copy of the foregoing **NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF** was filed via the CM/ECF system, which will cause notice to be sent to all parties of record who are registered as CM/ECF participants for electronic notification.

DATED at Mercer Island, Washington, this 7th day of January, 2011.

By:  ___ /s/ Benjamin Justus _____
        Lory R. Lybeck (OSB #83276)
        Benjamin R. Justus, admitted *pro hac vice*
Attorneys for plaintiff
Lybeck Murphy, LLP
7525 SE 24th Street, Ste. 500
Mercer Island, WA 98040
(206) 230-4255 /phone
(206) 230-7791 /fax
brj@lybeckmurphy.com

**NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFF - 2**