**William T. Patton**, OSB No. 973646
pattonw@lanepowell.com
**Parna A. Mehrbani**, OSB No. 053235
mehrbanip@lanepowell.com
**LANE POWELL** PC
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

**Timothy Reynolds**, *Admitted Pro Hac Vice*
**HOLME ROBERTS & OWEN LLP**

**Bruce P. Keller**, *Admitted Pro Hac Vice*
**Jeffrey S. Jacobson**, *Admitted Pro Hac Vice*
**DEBEVOISE & PLIMPTON LLP**

Attorneys for Defendants Atlantic Recording Corporation,
Priority Records LLC, Capitol Records, LLC,
UMG Recordings, Inc., BMG Music, and
Recording Industry Association of America

## UNITED STATES DISTRICT COURT

### DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| **TANYA ANDERSEN,** | Civil No. 3:07-CV-934-BR |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| **ATLANTIC RECORDING CORPORATION, et al.,** | |
| Defendants. | |

PAGE 1 -     STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties through their undersigned counsel stipulate to the dismissal of this action with prejudice and without costs to any party.

DATED: January 25, 2011

LYBECK MURPHY LLP

By:_____
Lory R. Lybeck, OSB No. 832761
Telephone: 206.230.4255
Attorneys for Plaintiff Tanya Andersen

DATED: January 20, 2011

LANE POWELL PC

By:_____
William T. Patton, OSB No. 973646
Telephone: 503.778.2015
Attorneys for Defendants Atlantic Recording Corporation, Priority Records LLC, Capitol Records, LLC, UMG Recordings, Inc., BMG Music, and Recording Industry Association of America

PAGE 2 -   STIPULATION OF DISMISSAL WITH PREJUDICE

LANE POWELL PC
601 SW SECOND AVENUE, SUITE 2100
PORTLAND, OREGON 97204-3158
503.778.2100 FAX: 503.778.2200